[No. 72478-9-I.   Division One.   January 19, 2016.]

*In the Matter of the Personal Restraint of* SIONE P. LUI, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Appelwick, J., concurred in by Cox and Leach, JJ.

[No. 72600-5-I.   Division One.   January 19, 2016.]

*In the Matter of the Marriage of* SHAWNA L. HUBBARD, *Respondent*, and MARCUS T. ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-3-09200-1, Lori Kay Smith, J., entered October 17, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 72606-4-I.   Division One.   January 19, 2016.]

UNION BANK, NA, *Respondent*, v. DANIEL GLAEFKE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 14-2-10246-1, John R. Ruhl, J., entered September 22, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Dwyer and Lau, JJ.

[No. 72732-0-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALLEN SWEET, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 13-1-12718-7, LeRoy McCullough, J., entered November 21, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler and Dwyer, JJ.